

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00186-CV

**COTTER & SONS, INC.**.; James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; Et al.,
Appellants

v.

**BJ CORPORATION** d/b/a National Building Service,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

## O R D E R

Appellants' second motion for extension of time to file brief is hereby GRANTED. Time is extended to October 6, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court